UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN MUNIZ, MOHAMMED BELAABD, NELSON QUINTANILLA, JOSE DILONE, and VICTOR AMARO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RXO LAST MILE, INC.,<br><br>Defendant. | Civil Action No. 4:18-cv-11905-MRG |

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This matter having come before the Court by way of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and and for good cause shown,

IT IS on this __11th__ day of ____September___, 2024 hereby ordered as follows:

1. The Court has jurisdiction over the Parties and the claims in this case.

2. The Court hereby finds that the settlement reached by the Parties satisfies the applicable requirements of Fed. R. Civ. P 23(e) for settlement purposes only, and grants final approval of the Settlement Agreement.

3. The Settlement Agreement is incorporated by reference into this Order and is hereby adopted as an Order of this Court.

4. The Court finds that no Settlement Class Members have objected to the Settlement, and no Settlement Class Members have filed exclusion requests from the Settlement.

5. The Notice of Settlement given to the Settlement Class fully and accurately informed the Settlement Class members of all material elements of the proposed Settlement, and was the best notice practicable under the circumstances, and complied with the requirements of Fed. R. Civ. P. 23.

6. The settlement funds shall be distributed in accordance with the terms of the Settlement Agreement.

7. Greater Boston Legal Services is approved as a *cy pres* beneficiary.

8. The Court hereby approves service awards in the amount of $25,000.00 for Plaintiff Justin Munz and $20,000.00 each for Plaintiffs Mohammed Belaabd, Jose Dilone, Victor Amaro and Nelson Quintanilla.

9. The Court hereby approves an award of attorneys' fees of $966,666.67 to Class Counsel, in recognition of their continued hard work over the lifetime of this case and the result achieved on behalf of the Settlement Class.

10. The Court hereby enters final judgment and dismisses this action with prejudice, with each party to bear its own fees and costs.

11. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) the implementation of the settlement; and (b) the Parties and their counsel, for the sole purpose of construing, enforcing and administering the Settlement and this Order and Judgment.

**IT IS SO ORDERED.**

Dated:_September 11, 2024______

__*/s/ Margaret R. Guzman*_______
Margaret R. Guzman
United States District Judge